**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 298 WAL 2016

             Respondent    :

     :    Petition for Allowance of Appeal from

     :    the Order of the Superior Court

             v.    :

BRANDON MICHAEL WEIDOW,    :

             Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 8th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.